KERN ET UX *v.* DEAL ET AL.

[No. 17,788.   Filed October 5, 1948.]

*T. Ernest Maholm,* of Indianapolis, attorney for appellants.

*H. P. Warner* and *Albert W. Eubank,* both of Indianapolis, attorneys for appellees.

FLANAGAN, J.—This appeal seeks only to challenge the action of the trial court in denying a change of action from the county. The Act creating the ▮ Municipal Court of Marion County from which this appeal comes, specifically provides that there shall be no change of venue from the county from it. § 4-2516, Burns' 1933. The constitutionality of this particular provision has been settled by our Supreme Court. *Mosley* v. *Board of Com'rs. of Marion County* (1929), 200 Ind. 515, 165 N. E. 241.

Judgment affirmed.

NOTE.—Reported in 81 N. E. 2d 378.